

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2022

No. 04-22-00063-CV

Ivan **DE HOYOS**,
Appellant

v.

**RTS FINANCIAL**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2021CVI000309D2
Honorable David E. Garcia, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on February 1, 2022. When the notice of appeal was filed, this court notified appellant in writing that our records did not reflect that the filing fee in the amount of $205.00 was paid. Appellant did not pay the filing fee. We notified appellant again on March 7, 2022. Our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.

We therefore **ORDER** appellant to show cause in writing by **March 29, 2022** that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See id.* R. 5, 42.3(c). All other appellate deadlines are suspended pending the payment of the filing fee.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2022.

MICHAEL A. CRUZ, Clerk of Court